UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

WILLIAM TONY MCCROAN,

    Plaintiff,

v.                              Case No. 5:14cv60/MP/CJK

NEDA KOEHNEMANN,
CLINICAL PSYCHOLOGY(Ph.D),

    Defendant.
_____/

## REPORT AND RECOMMENDATION

On June 6, 2016, the undersigned entered an order (doc. 16) advising plaintiff – for the second time and in detail – of deficiencies in his complaint and allowing him thirty days in which to file an amended complaint. The undersigned also advised plaintiff that failure to comply with the order as instructed would result in a recommendation that the case be dismissed. After more than thirty days passed and plaintiff had not complied, the undersigned entered another order (doc. 17) directing plaintiff to show cause within fourteen days why the matter should not be dismissed for failure to prosecute and/or failure to comply with an order of the court. More than

fourteen days have passed and plaintiff has failed to respond.

Accordingly, it is respectfully RECOMMENDED:

1. That this case be DISMISSED WITHOUT PREJUDICE for plaintiff's failure to prosecute and/or failure to comply with an order of the court.

2. That the Clerk be directed to close the file.

At Pensacola, Florida this 9th day of August, 2016.

/s/ *Charles J. Kahn, Jr.*
**CHARLES J. KAHN, JR.
UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations may be filed within fourteen (14) days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u>  A copy of objections shall be served upon the magistrate judge and all other parties.  A party failing to object to a magistrate judge's findings or recommendations contained in a report and recommendation in accordance with the provisions of 28 U.S.C. § 636(b)(1) waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions.  *See* U.S. Ct. of App. 11th Cir. Rule 3-1; 28 U.S.C. § 636.**