# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### PANAMA CITY DIVISION

**WILLIAM TONY MCCROAN,**

    *Plaintiff,*

v.                              **CASE NO. 5:14-cv-00060-MP-CJK**

**NEDA KOEHNEMANN,**

    *Defendant.*

_____/

### **O R D E R**

This matter is before the Court on ECF No. 18, Report and Recommendation of the Magistrate Judge, which recommends that this case be dismissed without prejudice for failure to prosecute and failure to follow the orders of the Court. The Magistrate Judge filed the Report on August 9, 2016. Plaintiff has filed no objection, and the time to do so has passed. Upon consideration, the Court agrees with the Magistrate Judge that the case should be dismissed. Accordingly,

    IT IS ORDERED:

    The Report and Recommendation of the Magistrate Judge, ECF No. 18, is ACCEPTED and incorporated herein, and this case is DISMISSED without prejudice.

    **SO ORDERED on November 2, 2016.**

                          s/Mark E. Walker
                          **United States District Judge**